UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CLEVELAND WARE,

                              Plaintiff,                    NOT FOR PUBLICATION
-against-                                                   **ORDER**
                                                           10-CV-2771 (CBA) (LB)
POLICE OFFICER DAVID DINKINS and
POLICE OFFICER BLANCHE ONEAL,

                              Defendants.
-----------------------------------------------------------x
AMON, United States District Judge:

        The Court has received the report and recommendation of the Honorable Lois Bloom,

United States Magistrate Judge, dated February 14, 2011, which recommends that the Court

dismiss this action without prejudice for failure to prosecute.

        As no party has objected, the Court hereby adopts the report and recommendation dated

February 14, 2011 as the opinion of the Court.

        The Clerk of Court is directed to enter judgment accordingly and to close this case.

        SO ORDERED.

Dated: Brooklyn, New York
       March  2/   , 2011                        /Signed by Judge Amon/
                                                 _____
                                                     Carol Bagley Amon
                                                 United States District Judge